UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DAMON EDWARD SWANIGAN, | ) No. CV 18-1854-RGK (AGR) |
|---|---|
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| Warden, Salinas Valley State Prison, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is summarily dismissed.

DATED: March 12, 2018

R. GARY KLAUSNER
United States District Judge